[No. 32974-7-III.  Division Three.  May 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY JAMES BELT, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 14-1-00004-1, Evan E. Sperline, J., entered December 16, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J.; Siddoway, J., concurring separately.

[No. 33423-6-III.  Division Three.  May 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICIO LEON DELGADO, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 14-1-00374-1, Evan E. Sperline, J., entered May 19, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 32939-9-III.  Division Three.  May 19, 2016.]

*In the Matter of the Detention of* SHAWN D. BOTNER.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-05263-8, Annette S. Plese, J., entered November 17, 2014. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 33147-4-III.  Division Three.  May 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTIAN KWAKU GYAMFI, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 14-1-00281-3, Henry A. Rawson, J., entered December 19, 2014. *Remanded with instructions* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.